UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6828

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

J. W. DUNLAP,

Defendant - Appellant.

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Robert D. Potter, Senior
District Judge. (CR-85-3, CR-85-7, CR-85-8, CR-85-9, CR-85-10)

Submitted:  September 25, 1997     Decided:  November 14, 1997

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

J. W. Dunlap, Appellant Pro Se.  Harry Thomas Church, Assistant
United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Dunlap, Nos. CR-85-3, CR-85-7, CR-85-8, CR-85-9, CR-85-10 (W.D.N.C. May 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED